AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF CALIFORNIA

Michael Fernandes )
)
)
)
)
Plaintiff )
v. ) Civil Action No.
Merrill Gardens at Lafayette, LLC )
)
)
Defendant )

CV 08   3881

E-filing

BZ

## Summons in a Civil Action

To: Merrill Gardens at Lafayette, LLC

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Thomas N. Stewart, III
369 Blue Oak Lane
Clayton, Ca  94517

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 1 3 2008

Date: _____

Richard W. Wieking
Name of clerk of court
HELEN L. ALMACEN
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*